# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| SALAS, ESTHER | US DISTRICT COURT FOR THE DISTRICT OF NEW JERSEY | 05/06/2013 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>UNITED STATES DISTRICT JUDGE | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2012<br>to<br>12/31/2012 |
|---|---|---|

**7. Chambers or Office Address**

MARTIN LUTHER KING, JR., FEDERAL BUILDING AND U.S. COURTHOUSE
50 WALNUT ST.
NEWARK NJ 07102

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ **NONE** *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ **NONE** *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/06/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | SHAREHOLDER, ANDERL & OAKLEY PC, ATTORNEY - SALARY |
| 2. | 2012 | SHAREHOLDER, ANDERL & OAKLEY PC, ATTORNEY - S CORP INCOME |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NEW YORK INTELLECTUAL PROPERTY ATTORNEYS | 03/23/2012 | WALDORF ASTORIA, NEW YORK CITY, NEW YORK | DINNER HONORING FEDERAL JUDGES | TICKET FOR EVENT PLUS OVERNIGHT HOTEL ACCOMMODATIONS |
| 2. | THE HURON LEGAL INSTITUTE | 11/14/2012 | THE WESTIN HOTEL, PHILADELPHIA, PA | PANELIST ON "ELECTRONIC DISCOVERY-HOW TO RESPOND TO INCREASING COSTS | OVERNIGHT HOTEL ACCOMMODATIONS |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/06/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. ANDERL & OAKLEY PC | D | Distribution | M | V | | | | | |
| 2. ANDERL & OAKLEY PC (SIMPLE) IRA #1 | A | Dividend | M | T | | | | | |
| 3. -OPPENHEIMER EQUITY FUND CL A | | | | | | | | | |
| 4. -OPPENHEIMER EQUITY FUND CL B | | | | | | | | | |
| 5. -OPPENHEIMER MAIN ST FUND CL B | | | | | Buy (add'l) | 02/08/12 | J | | |
| 6. -OPPENHEIMER MAIN ST FUND CL B | | | | | Redeemed (part) | 03/01/12 | J | | |
| 7. -OPPENHEIMER MAIN ST FUND CL B | | | | | Buy (add'l) | 04/24/12 | J | | |
| 8. -OPPENHEIMER MAIN ST FUND CL B | | | | | Redeemed (part) | 06/01/12 | J | | |
| 9. -OPPENHEIMER MAIN ST FUND CL B | | | | | Redeemed (part) | 08/01/12 | J | | |
| 10. -OPPENHEIMER MAIN ST FUND CL B | | | | | Redeemed (part) | 09/04/12 | J | | |
| 11. -OPPENHEIMER MAIN ST FUND CL B | | | | | Redeemed (part) | 11/01/12 | J | | |
| 12. -OPPENHEIMER MAIN ST FUND CL A | | | | | Buy (add'l) | 03/01/12 | J | | |
| 13. -OPPENHEIMER MAIN ST FUND CL A | | | | | Buy (add'l) | 06/01/12 | J | | |
| 14. -OPPENHEIMER MAIN ST FUND CL A | | | | | Buy (add'l) | 08/01/12 | J | | |
| 15. -OPPENHEIMER MAIN ST FUND CL A | | | | | Buy (add'l) | 09/04/12 | J | | |
| 16. -OPPENHEIMER MAIN ST FUND CL A | | | | | Buy (add'l) | 11/01/12 | J | | |
| 17. -OPPENHEIMER MONEY MARKET FUND | | | | | Open | 08/02/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/06/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. AMERICAN FUNDS-EUROPAC GROWTH A | A | Dividend | J | T | | | | | |
| 19. AMERICAN FUNDS-GROWTH FUND OF AMERICA A | A | Dividend | J | T | | | | | |
| 20. AMERICAN FUNDS-SMALLCAP WORL A | A | Dividend | J | T | | | | | |
| 21. AMERICAN FUNDS-FUNDAMENTAL INV A | A | Dividend | J | T | | | | | |
| 22. AMERICAN FUNDS-CAP WORLD G&I A | A | Dividend | J | T | | | | | |
| 23. AMERICAN FUNDS-AMER BALANCED FD A | A | Dividend | J | T | | | | | |
| 24. PNC BANK (CHECKING) | A | Interest | J | T | | | | | |
| 25. PNC BANK (SAVINGS) | A | Interest | J | T | | | | | |
| 26. PNC BANK (CHECKING) | | None | J | T | | | | | |
| 27. | | | | | | | | | |
| 28. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **SALAS, ESTHER** | 05/06/2013 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. INVESTMENTS AND TRUSTS
ITEM 1. ANDERL & OAKLEY PC - VALUE OF            50% INTEREST IN      LEGAL PRACTICE IS ESTIMATED TO BE 50% OF THE 2012 TOTAL REVENUES EARNED BY THE CORPORATION.

ITEMS 5-16. OPPENHEIMER MAIN ST FUND CL A AND OPPENHEIMER MAIN ST FUND CL B ARE THE SAME FUNDS AS OPPENHEIMER MAIN ST A AND OPPENHEIMER MAIN ST B REPORTED IN THE 2011 REPORT. THE DESCRIPTIONS WERE EXPANDED SO THAT ALL OPPENHEIMER MUTUAL FUND NAMES ARE IDENTIFIED WITH THE SAME TERMINOLOGY.

| Name of Person Reporting | Date of Report |
|---|---|
| SALAS, ESTHER | 05/06/2013 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ ESTHER SALAS**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544